IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD HEALTHCARE CORPORATION, HARTFORD HOSPITAL, HARTFORD HEALTHCARE MEDICAL GROUP, INC., INTEGRATED CARE PARTNERS, LLC, <br><br> Defendants. | Case No. 23-cv-15002 <br><br> Related to Action Pending in the United States District Court for the District of Connecticut <br><br> Case No. 22-cv-00050 |
| *Interested Party* <br> Press Ganey Associates, LLC | |

**MOTION TO COMPEL PRODUCTION OF SUBPOENAED
DOCUMENTS FROM THIRD PARTY PRESS GANEY ASSOCIATES, LLC**

Pursuant to Rules 26, 37, and 45 of the Federal Rules of Civil Procedure, Hartford HealthCare Corporation, Hartford Hospital, Hartford HealthCare Medical Group, Inc., and Integrated Care Partners, LLC (collectively, "Hartford HealthCare") respectfully move this Court for an Order compelling third-party Press Ganey Associates, LLC's compliance with Hartford HealthCare's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated August 15, 2023. Specifically, Hartford HealthCare requests that this Court overrule Press Ganey's objections to the subpoena, and order it to produce documents responsive to the subpoena. In support of this motion, Hartford HealthCare submits the accompanying memorandum of law, declaration of Leo D. Caseria, and exhibits.

Pursuant to Local Rule 37.2, Hartford HealthCare certifies that it was unsuccessful in engaging in a meet and confer to resolve the issues in this motion despite its best efforts to do so, as follows:

1. After Press Ganey missed the September 1, 2023 deadline to respond to the subpoena, and having heard nothing from Press Ganey, Hartford HealthCare reached out on September 14, 2023 via email to inquire about the status of Press Ganey's responses.

2. Press Ganey's in-house counsel, Devin Anderson, responded on September 15, 2023, stating that Press Ganey had mailed a response to the subpoena on September 8, 2023.

3. On September 18, 2023, counsel for Hartford HealthCare received by U.S. mail Press Ganey's one-page letter objections dated September 8, 2023, which was signed by Sheila Loop. In the letter, Press Ganey set forth its objections and refused to produce any documents in response to the subpoena.

4. Counsel for Hartford HealthCare reached out by email to Mr. Anderson and Ms. Loop requesting an opportunity to meet and confer regarding Press Ganey's response to the subpoena, as required under Local Rule 37.2. Counsel received a bounce-back from Ms. Loop's email, but no other response.

5. After receiving no response from Press Ganey's counsel to this email, counsel for Hartford HealthCare printed the sent email and attachments and caused the printed copies to be delivered to Ms. Loop by FedEx, and Ms. Loop received that delivery on Monday, September 25, 2023.

6. To date, Press Ganey has not responded to any of Hartford HealthCare's attempts to engage in a meet and confer.

The details of these meet and confer efforts are further detailed in the accompanying declaration of Leo D. Caseria and supporting exhibits.

Date: October 16, 2023							Respectfully submitted,


							/s/ *David M. Poell*
							Leo D. Caseria (1655936)
							(*Pro hac vice* application forthcoming)
							lcaseria@sheppardmullin.com
							Sheppard Mullin Richter & Hampton LLP
							2099 Pennsylvania Avenue, N.W.
							Washington, DC 20006-6801
							Telephone: (202) 747-1900

							David M. Poell
							Sheppard Mullin Richter & Hampton LLP
							321 North Clark Street, 32nd Floor
							Chicago, Illinois 60654
							Telephone:  312.499.6300

							*Attorneys for Defendants*

## PROOF OF SERVICE

## Saint Francisco Hospital and Medical Center, Inc. v. Hartford Healthcare Corporation, et al.
## 23-cv-15002

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On October 16, 2023, I served true copies of the following document(s) described as **MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM THIRD PARTY PRESS GANEY ASSOCIATES, LLC** on the interested parties in this action as follows:

### SERVICE LIST

Press Ganey Associates, LLC
Devin Anderson
Sheila Loop
One North Franklin St.
Chicago, Illinois 60606
Email: devin.anderson@pressganey.com

Press Ganey Associates, LLC
c/o CT Corporation System, Registered Agent
334 North Senate Avenue
Indianapolis, IN, 46204, USA

*Interested Party*

David A. Ettinger
Paul Fabien
Nicholas Burandt
Honigman Miller Schwartz and Cohn LLP
660 Woodward Ave, Suite 2290
Detroit, MI 48226
Email: dettinger@honigman.com
Email: pfabien@honigman.com
Email: nburandt@honigman.com

Alexa Talin Millinger
William S. Fish, Jr.
Jeffrey J. Mirman
Hinckley Allen Snyder LLP - Htfd
20 Church St.
Hartford, CT 06103
860-331-2856
Fax: 860-278-3802
Email: amillinger@hinckleyallen.com
Email: wfish@hinckleyallen.com
Email: jmirman@haslaw.com

*Counsel for Plaintiff Saint Francis Hospital and Medical Center*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dbacon@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2023, at San Francisco, California.

_____
Douglas R. Bacon